SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
ERIC TSAI (SBN: 273056)
etsai@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
KIA AMERICA, INC. f/k/a
KIA MOTORS AMERICA, INC.

JENNIFER BASOLA (SBN: 231538)
jbasola@consumerlawcenter.com
JOHN BARKER (SBN: 279718)
jbarker@consumerlawcenter.com
KROHN & MOSS, LTD.
2447 Pacific Coast Highway, Suite 200
PMB #: 128
Hermosa Beach, CA 90254
Telephone: (323) 988-2400
Facsimile: (866) 431-5575

Attorneys for Plaintiffs
BONNIE FERGUSON and SUSAN NELSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE FERGUSON and SUSAN NELSON,<br><br>Plaintiffs,<br><br>v.<br><br>KIA MOTORS AMERICA, INC.,<br><br>Defendant. | Case No. 2:20-cv-01192-KJM-DB<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: May 6, 2020<br>Trial Date:       None Set |

Pursuant to the parties' Stipulation to Modify Scheduling Order, and good cause appearing, the Scheduling Order (ECF No. 18) is hereby modified as follows:

| | |
|---|---|
| Fact discovery shall be completed by: | 08/01/2022 |
| Expert disclosures shall be completed by: | 07/05/2022 |
| Rebuttal expert witnesses shall be exchanged by: | 08/01/2022 |
| All expert discovery shall be completed by: | 09/30/2022 |
| All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be <u>heard</u> by | 11/18/2022 |

**IT IS SO ORDERED.**

DATED: February 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE